In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-325 CR


 ______________________




ELIZABETH ROBIN, Appellant



V.



THE STATE OF TEXAS, Appellee


 




On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Court No. 08-03285







MEMORANDUM OPINION

 Elizabeth Robin filed a notice of appeal. The trial court entered a certification in
which the court certified that this is a plea-bargain case and the defendant has no right of
appeal. See Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's
certification to the Court of Appeals.

 On July 25, 2008, we notified the parties that we would dismiss the appeal unless an
amended certification was filed within fifteen days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been supplemented
with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 

 DAVID GAULTNEY

 Justice

 

Opinion Delivered September 10, 2008

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.